**Fill in this information to identify the case:**

Debtor 1 GUILLERMO JAVIER GIERBOLINI AVILES

Debtor 2 VANESSA IGUINA CORREA
(Spouse, if filing)

United States Bankruptcy Court for the: District of Puerto Rico

Case number 26-00486 MCF 13

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** BANCO POPULAR DE PUERTO RICO

**Court claim no.** (if known): 3

**Last 4 digits** of any number you use to identify the debtor's account: 6 9 2 0

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☑ No

☐ Yes. Date of the last notice: _______________

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.**

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees | | (3) | $ |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | 03/09/2026; 03/10/2026 | (5) | $ 175.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify: | | (10) | $ |
| 11. Other. Specify: TITLE STUDY | 02/20/2026 | (11) | $ 65.00 |
| 12. Other. Specify: | | (12) | $ |
| 13. Other. Specify: | | (13) | $ |
| 14. Other. Specify: | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1 GUILLERMO JAVIER GIERBOLINI AVI
First Name Middle Name Last Name

Case number *(if known)* 26-00486 MCF 13

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ JOSE A. MOREDA DEL VALLE
Signature

Date 03/10/2026

Print: José A. Moreda del Valle, Esq.
First Name Middle Name Last Name

Title Attorney for Creditor

Company JOSE A. MOREDA DEL VALLE LAW OFFICE

Address 4002 AURORA STREET
Number Street
PONCE PR 00717-1513
City State ZIP Code

Contact phone 787-842-1609

Email moredadelvalle@jmdvlaw.com

CERTIFICATE OF SERVICE: It is hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all CM/ECF participants, including but not limited to Monsita Lecaroz Arribas, Esq., Office of the US Trustee, to the Chapter 13 Trustee, to Debtor(s) Attorney, and by regular mail to Debtor(s) at the address of record.

/s/ José A. Moreda del Valle
Attorney for BPPR